## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* | ) |
| ANTHONITTE CARRANZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GUARANTEED RATE, INC. and | ) |
| VICTOR CIARDELLI, | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 17-cv-637
(MAD/DJS)

**FILED UNDER SEAL**

_____

### ORDER

In as much as the United States of America has intervened in part and declined to intervene in part in this False Claims Act *qui tam* action, it is hereby ORDERED that:

1. All documents in this action be unsealed **except** for the documents associated with the following docket entries: 5, 7, 9, 11 and 13;

2. All documents associated with docket entry 3, which is the relator's disclosure statement and accompanying exhibits, be removed from the docket since they should have only been "served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure" and not filed with the Court, per 31 U.S.C. § 3730(b)(2);

3. The seal be lifted on all matters occurring in this action after this Order is entered;

4. The United States provide a copy of this Order to all parties; and

5. After the United States receives payment per the terms of the Settlement Agreement, all parties shall promptly file a Joint Stipulation of Partial Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

April 29, 2020

_____
Hon. Daniel J. Stewart
United States Magistrate Judge